## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



JASON MACHADO-MORALES

      VS.

UNITED STATES OF AMERICA

**CIVIL NO.  05-1074  (JAF)**
**(CRIM. NO. 01-379)**

| DESCRIPTION OF MOTION ||| 
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [ ] Plffs. | [ ] Defts. |  |

| **- O R D E R -** |
|---|
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 9, and Petitioner's Objection, Docket Document No. 10, the court **ADOPTS** the Magistrate's Report and **ORDERS** the summary dismissal of this case pursuant to Rule 4 of the Rules Governing Section 2255 Appeals in United States Courts. |
| Judgment to enter accordingly. |
| **IT IS SO ORDERED.** |

June 13, 2005                     S/José Antonio Fusté
   Date                           José Antonio Fusté
                                       Chief U.S. District Judge